```
LAW OFFICES OF JULIE M. MCCOY
JULIE M. MCCOY, Bar no. 129640
JACQUELYNE M. NGUYEN, Bar no. 249658
1670 SANTA ANA AVE., SUITE "K"
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416
```

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>Edwanna D. Reed, aka<br><br>Edwanna Dawayne Reed,<br><br>    Defendant | No. CV A 12- **01702**<br><br>CONSENT JUDGMENT |

  Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Edwanna D. Reed, Edwanna Dawayne Reed, in the principal amount of $2,403.46 plus interest accrued to February 9, 2012, in the sum of $4,161.80; with interest accruing thereafter at 8% annually until entry of judgment, administration costs in the amount of $0.00, for a total amount of **$6,565.26**.

DATED: 3/28/2012    By:    Terry Nafisi
                Clerk of the Court

                   A. Martinez
                   Deputy Clerk
              United States District Court